VAN DYKE & ASSOCIATES
A PROFESSIONAL LAW CORPORATION
Richard S. Van Dyke, Esq. (SBN 196753)
e-mail: rsvandyke@vdalaw.com
James A. Bush (SBN 195917)
e-mail: jbush@vdalaw.com.com
Highlands Corporate Center
12760 High Bluff Drive, Suite 300
San Diego California 92130
Telephone: (858) 509-0500
Facsimile: (858) 356-5584

Attorneys for NICHOLAS MARSCH, III

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>NICHOLAS MARSCH III,<br>Debtor. | Case No.: 10-02939-PB11<br>Chapter 11<br>BK Appeal No.: 1 |
| NICOLAS MARSCH, III<br>Appellant,<br>LENNAR CORPORATION, ET AL,<br>Appellees. | **APPELLANT'S DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES FOR APPEAL** |

Pursuant to Fed. R. Bankr. P. 8006, Appellant Nicolas Marsch III hereby designates the record on appeal and states the issues for appeal, as follows:

## I. Designation of Record

Appellant Nicolas Marsch III hereby designates for the record on appeal all

the items in the Bankruptcy Court's electronic docket that are set forth in Exhibit A attached hereto.

## II. Statement of Issues

Appellant Nicolas Marsch III hereby reserves the right to raise each of the following issues on appeal:

1. Whether the court erred in granting Lennar's motion for Relief from Stay OMM-4 [Doc. # 361] to pursue the *Lennar Corp., et al v. Briarwood Capital, LLC, et al* (the "Florida" case) before allowing the related action entitled *Briarwood Capital, LLC v. Lennar Land Partners II, et al* (the "Bridges Appeal") to proceed to a (final) judgment, in accordance with the Order on Stipulation For Emergency Modification of the Automatic Stay [Doc. # 15].

2. Whether the court erred in granting Lennar's motion for Relief from Stay OMM-4 [Doc. # 361] to pursue the *Lennar Corp., et al v. Briarwood Capital, LLC, et al* (the "Florida" case) before entering its Order granting Trustee's Motion to Convert Chapter 11 case to case under Chapter 7 [Doc. # 281].

Dated: September 13, 2011

By _____
Richard S. Van Dyke, Esq.
Attormeys for Nicholas Marsch III

**APPELLANT'S DESIGNATION OF RECORD/STATEMENT OF ISSUES ON APPEAL**
- 2 -