Richard S. Van Dyke, Esq. (SBN 196753)
James A. Bush, Esq. (SBN 195917)
VAN DYKE & ASSOCIATES, APLC
4660 La Jolla Village Drive, Suite 1070
San Diego, California 92122-4615
Telephone:   (858) 558-8475
Facsimile:   (858) 356-5584
Email: rsvandyke@vdalaw.com
       jbush@vdalaw.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>NICOLAS MARSCH III,<br>　　　　　Debtor. | Case No.:  3:10-bk-02939-PB7<br>Chapter 7<br>**RESPONSE OF VAN DYKE & ASSOCIATES, APLC TO LENNAR'S MOTION FOR AN ORDER DIRECTING COMPLIANCE WITH BANKRUPTCY CODE § 329 AND BANKRUPTCY RULE 2016**<br>Hearing Date:　December 5, 2011<br>Time:　　　　　11:00 a.m.<br>Dept.　　　　　4<br>Judge:　　　　Hon. Peter W. Bowie |

Van Dyke & Associates, APLC ("VDA"), former counsel for Debtor Nicolas Marsch III, hereby responds to Lennar Corporation's and Lennar Homes of California, Inc.'s Motion for an Order Directing Van Dyke & Associates, APLC, Joseph J. Rego, and Keehn & Associates, APC to Comply With Bankruptcy Code § 329 and Bankruptcy Rule 2016. Such motion is moot as to VDA. Moving parties filed their motion on October 17, with no prior request having been made for the information sought by the motion. VDA provided the requested information on the court-approved form it filed on October 21, 2007 [CM/ECF Doc. No. 486]. Because

---
**RESPONSE OF VDA TO LENNAR'S MOTION FOR ORDER RE 11 U.S.C. § 329 - 1 -**

VDA has disclosed the information sought, and because an order directing the disclosure of such information is the sole relief sought, such motion is moot as to VDA.[1]

DATED: November 3, 2011        Respectfully submitted,

VAN DYKE & ASSOCIATES, APLC

By:   /s/ Richard S. Van Dyke
        Richard S. Van Dyke, Esq.

---

[1] The motion suggests that Lennar may seek some additional remedies at a later date. Although VDA believes that no other remedies against it are appropriate in the circumstances of this case, it will formally address this at such time as Lennar formally brings a motion for other remedies.

**RESPONSE OF VDA TO LENNAR'S MOTION FOR ORDER RE 11 U.S.C. § 329 - 2 -**

VAN DYKE & ASSOCIATES, APLC
4660 LA JOLLA VILLAGE DRIVE, SUITE 1070
SAN DIEGO, CALIFORNIA 92122-4615
TEL. (858) 558-8475 • FAX (858) 356-5584